CLOSED, ECF, STICKNEY, TDIS

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:07-cv-02075
# Internal Use Only

Nevil v Davol, et al
Assigned to: Judge Jorge A Solis
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/13/2007
Date Terminated: 02/13/2008
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Hazel Nevil**

represented by **Steven Michael Johnson**
Johnson Law Firm
3437 W 7th St
Suite 258
Fort Worth, TX 76107
817/339-8878
Fax: 214/853-4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C R Bard Inc**

Certified a true copy of an instrument on file in my office on 2-14-08
Clerk, U.S. District Court,
Northern District of Texas
By [signature] Deputy

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2007 | | ***Magistrate Judge stickney chosen by random selection to handle matters that may be referred in this case. (svc) (Entered: 12/14/2007) |
| 12/13/2007 | 1 | COMPLAINT against Davol Inc, C R Bard Inc filed by Hazel Nevil. (Filing fee $350; Receipt number 17519) (svc) (Entered: 12/14/2007) |

| | | |
|---|---|---|
| 12/14/2007 | 2 | Order Designating Case for ECF - see order for specifics. (svc) (Entered: 12/14/2007) |
| 02/13/2008 | 3 | Conditional Transfer ORDER (CTO-13). (see order for specifics) (Signed by Jeffrey N. Luthi, Clerk of the Panel on 2/7/08) (tln) (Entered: 02/13/2008) |
| 02/13/2008 | | Interdistrict Transfer to District of Rhode Island. (klm) (Entered: 02/14/2008) |
| 02/14/2008 | 4 | Letter re: Case Transferred Out. Certified copy of transfer order and docket sheet mailed to District of Rhode Island. (klm) (Entered: 02/14/2008) |